UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STELLA ONYEUKU, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>FREMONT INVESTMENT & LOAN, et al.,<br><br>    Defendants. | Case No: C 09-2428 SBA<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Docket 9 |

Plaintiff commenced the instant action in Contra Costa County Superior Court against various defendants, including Litton Loans Servicing LP and Wells Fargo Bank N.A. (collectively "Wells Fargo"). Without the joinder of the other defendants, Wells Fargo removed the action to this Court on the basis of diversity jurisdiction. Subsequently, Wells Fargo learned that at least one of the other defendants is a California corporation, thus destroying diversity. Wells Fargo now moves to remand the action to state court. The motion is unopposed. Accordingly,

IT IS HEREBY ORDERED THAT Wells Fargo's unopposed motion to remand is GRANTED. The instant action is REMANDED to Contra County Superior Court. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: October 6, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4

5  STELLA ONYEUKWU,

            Plaintiff,
6
      v.
7
   FREMONT INVESTMENT et al,
8
            Defendant.
9  _____/

10
                                              Case Number: CV09-02428 SBA
11
                                              **CERTIFICATE OF SERVICE**
12

13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.
14
   That on October 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
15 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16 located in the Clerk's office.

17

18

19 Stella Onyeukwu
   28 Glen Canyon Court
20 Pittsburg, CA 94565

21 Dated: October 7, 2009
                                              Richard W. Wieking, Clerk
22
                                              By: LISA R CLARK, Deputy Clerk
23

24

25

26

27

28

- 2 -